```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                      CASE NO. 08 B 03788
      YOUNG JA LEE
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
       SSN XXX-XX-0021


    ----------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
    ----------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

         1.  The case was filed on 02/19/08 .

         2.  The case was dismissed without confirmation, 06/27/2008.

         3.  The Debtor paid a total of $    1765.00 .

         4.  The Trustee made disbursements to creditors as follows:


    ----------------------------------------------------------------------
    CREDITOR NAME               CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                                PAID          PAID
    ----------------------------------------------------------------------
    US BANK                     CURRENT MORTG         .00           .00           .00
    US BANK                     MORTGAGE ARRE   NOT FILED           .00           .00
    RESURGENT CAPITAL SERVIC    SECURED               .00           .00           .00
    RESURGENT CAPITAL SERVIC    MORTGAGE ARRE   NOT FILED           .00           .00
    LAKE COUNTY COLLECTOR       SECURED               .00           .00           .00
    CAPITAL ONE BANK            UNSECURED       NOT FILED           .00           .00
    CAPITAL ONE BANK            UNSECURED       NOT FILED           .00           .00
    KCA FINANCIAL SERVICE       UNSECURED       NOT FILED           .00           .00
    NORTHWEST COMMUNITY HOSP    UNSECURED       NOT FILED           .00           .00
    NORTHWEST RADIOLOGY ASSO    UNSECURED       NOT FILED           .00           .00
    WASHINGTON MUTUAL CARD S    UNSECURED       NOT FILED           .00           .00
            Summary of disbursements:
    ----------------------------------------------------------------------
                         SECURED      PRIORITY    UNSECURED      OTHER          TOTAL
    ----------------------------------------------------------------------
    TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
    PRINCIPAL PAID          .00           .00          .00          .00           .00
    INTEREST PAID           .00           .00          .00          .00           .00
    TOTAL PAID              .00           .00          .00          .00           .00
    The Debtor's attorney, RICHARD E SEXNER             , was allowed $    3500.00
    and was paid $    621.00  direct and $    1330.10  through the plan.

    The Trustee received $      81.90 .

    Refunds to the Debtor totaled $     353.00 .

         Wherefore, the Trustee requests an order be entered discharging
    the Trustee and the surety on his bond from any further liability
    in this case.
```

Dated: 10/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                         PAGE  2
      CASE NO. 08 B 03788 YOUNG JA LEE